\*\* E-filed April 19, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.A.M. SOCIAL DEVELOPMENT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THINKWELL GROUP, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C11-01361 HRL<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND NOTICE RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>**[Re: Docket No. 5]** |

On April 14, 2011, Defendant filed what was styled an "Ex Parte Motion to Extend Time to Respond to Complaint," even though Plaintiff received e-notification of the motion when it was electronically filed. See Docket No. 5 (notice was electronically mailed to Plaintiff's counsel Mark W. Good and Perry James Woodward). Defendant seeks administrative relief, namely, to allow it to respond to Plaintiff's complaint by May 20, 2011. Id.

Upon consideration of Defendant's motion, and having received no opposition to it, this Court finds good cause to extend the deadline for Defendant's response. Defendant's motion is GRANTED. Defendant shall have until May 20, 2011 to respond to Plaintiff's complaint.

Further, the parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than April 25, 2011**, file either (1) a Consent to Proceed before a United States

Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. See N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01361 HRL Notice will be electronically mailed to:**

Clifford Scott Davidson   cdavidson@kbkfirm.com
Mark W. Good              mgood@terra-law.com
Perry James Woodward      pwoodward@terra-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**