1  Perry J. Woodward (Bar No. 183876)
   pwoodward@terra-law.com
2  Mark W. Good (Bar No. 218809)
   mgood@terra-law.com
3  TERRA LAW LLP
   177 Park Avenue, Third Floor
4  San Jose, California 95113
   Tel:  (408) 299-1200
5  Fax:  (408) 998-4895

6

7  Attorneys for Counter-Defendant
   C.A.M. Social Development, LLC

8

**IT IS SO ORDERED**

*[signature]*

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6/8/2011

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  C.A.M. Social Development, LLC,        Case No.  CV 11-01361 JW

13                  Plaintiff,              **STIPULATION EXTENDING TIME FOR
                                            COUNTER-DEFENDANT C.A.M.**
14       vs.                                **SOCIAL DEVELOPMENT, LLC TO
                                            RESPOND TO COUNTER-COMPLAINT**
15  Thinkwell Group, Inc.,

16                  Defendant.

17

18       The parties, through their respective counsel of record, hereby stipulate that C.A.M.

19  Social Development, LLC shall have until June 17, 2011 to respond to the counter-complaint in

20  this action.

21  Dated:  June 7, 2011                    TERRA LAW LLP

22
                                            By:  /s/ Mark W. Good
23                                               Mark W. Good
                                                 Attorneys for C.A.M. Social Development,   LLC
24

25  Dated:  June 7, 2011                    KENDALL BRILL & KLIEGER LLP

26

27                                          By:  /s/ Clifford S. Davidson
                                                 Clifford S. Davidson
28                                               Attorneys for Thinkwell Group, Inc.

1167323                                1

STIPULATION EXTENDING TIME TO RESPOND TO COUNTER-COMPLAINT