Perry J. Woodward (Bar No. 183876)
pwoodward@terra-law.com
Mark W. Good (Bar No. 218809)
mgood@terra-law.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Attorneys for Counter-Defendant
C.A.M. Social Development, LLC

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.M. Social Development, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Thinkwell Group, Inc.,<br><br>    Defendant. | Case No. CV 11-01361 JW<br><br>**STIPULATION EXTENDING TIME FOR COUNTER-DEFENDANT C.A.M. SOCIAL DEVELOPMENT, LLC TO RESPOND TO COUNTER-COMPLAINT** |

The parties, through their respective counsel of record, hereby stipulate that C.A.M. Social Development, LLC shall have until June 17, 2011 to respond to the counter-complaint in this action.

Dated: June 7, 2011                 TERRA LAW LLP

                                      By: /s/ Mark W. Good
                                          Mark W. Good
                                          Attorneys for C.A.M. Social Development, LLC

Dated: June 7, 2011                 KENDALL BRILL & KLIEGER LLP

                                      By: /s/ Clifford S. Davidson
                                          Clifford S. Davidson
                                          Attorneys for Thinkwell Group, Inc.