IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A.M. Social Development, LLC, | NO. C 11-01361 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Thinkwell Group, Inc., | |
| Defendant. | |

On August 17, 2011, the parties informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 20.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **September 23, 2011**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 15, 18th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA on **October 3, 2011 at 9 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 23, 2011**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2  this action.
3
4  Dated: August 18, 2011
5  JAMES WARE
   United States District Chief Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bert H Deixler bdeixler@kbkfirm.com
Clifford Scott Davidson cdavidson@kbkfirm.com
Mark W. Good mgood@terra-law.com
Perry James Woodward pwoodward@terra-law.com
Philip Matthew Kelly pkelly@kbkfirm.com

**Dated:  August 18, 2011**                    **Richard W. Wieking, Clerk**

                                                    **By:       /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**