**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A.M. Social Development, LLC,<br><br>    Plaintiff,<br>  v.<br><br>Thinkwell Group, Inc.,<br><br>    Defendant. | NO. C 11-01361 JW<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On August 17, 2011, the parties in this case informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 20.) On August 18, 2011, in light of the settlement, the Court vacated all trial and pretrial dates and ordered the parties to file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) on or before September 23, 2011. (hereafter, "August 18 Order," Docket Item No. 21.) The Court set October 3, 2011 at 9 a.m. for a hearing on the Order to Show Cause re. Settlement, in the event a dismissal was not filed by September 23, 2011. (See id.)

On September 23, 2011, pursuant to the Court's August 18 Order, the parties filed a Joint Statement in Response to the Order to Show Cause re. Settlement. (See Docket Item No. 22.) In their Joint Statement, the parties contend that they have "reached agreement on virtually all points" of their settlement, but are still "working jointly to obtain [certain] third-party releases [and] assignments" that "must be obtained in order to finalize the settlement." (Id. at 1.) The parties contend that they anticipate that they will "obtain the necessary releases [and] assignments within 30 days." (Id.)

In light of the parties' contentions, the Court finds good cause to CONTINUE the hearing on the Order to Show Cause re. Settlement to **November 14, 2011 at 9 a.m.** On or before **November 4, 2011**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 27, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bert H Deixler bdeixler@kbkfirm.com
Clifford Scott Davidson cdavidson@kbkfirm.com
Mark W. Good mgood@terra-law.com
Perry James Woodward pwoodward@terra-law.com
Philip Matthew Kelly pkelly@kbkfirm.com

Dated:  September 27, 2011                    Richard W. Wieking, Clerk

                                              By:     /s/ JW Chambers
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**