IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| C.A.M. Social Dev., LLC, | NO. C 11-01361 JW |
| Plaintiff, v. | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| Thinkwell Grp., Inc., | |
| Defendant. | |

This case is set for an Order to Show Cause re. Settlement on November 14, 2011. On November 4, 2011, the parties filed a Joint Statement in Response to the Order to Show Cause re. Settlement. (See Docket Item No. 24.) In their Joint Statement, the parties represent that they have fully executed a settlement agreement, but that the agreement will become effective only after Defendant obtains signatures on two additional intellectual property assignments. (Id.) The parties represent that the remaining assignors have indicated their willingness to execute the assignments and that Defendant expects to obtain these signatures by November 11, 2011. (Id.)

In light of the parties' representation, the Court finds good cause to CONTINUE the hearing on the Order to Show Cause re. Settlement to **November 28, 2011 at 9 a.m.** On or before **November 18, 2011**, the parties shall either file a Stipulated Dismissal or a Joint Statement in response to the Order to Show Cause. In the event that dismissal is not filed, the Joint Statement shall set forth the activities of the parties for effectuating the settlement and how much additional time is requested to finalize the settlement.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: November 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bert H Deixler bdeixler@kbkfirm.com
Clifford Scott Davidson cdavidson@kbkfirm.com
Mark W. Good mgood@terra-law.com
Perry James Woodward pwoodward@terra-law.com
Philip Matthew Kelly pkelly@kbkfirm.com
Thomas Edward Rossmeissl trossmeissl@terralaw.com

**Dated:  November 9, 2011**                    **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**