1  Perry J. Woodward (Bar No. 183876)
   Mark W. Good (Bar No. 218809)
2  TERRA LAW LLP
   177 Park Avenue, Third Floor
3  San Jose, California 95113
   Tel: (408) 299-1200
4  Fax: (408) 998-4895

5  Attorneys for Plaintiff and Counter-Defendant
   C.A.M. Social Development, LLC
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 C.A.M. Social Development, LLC,        Case No. CV 11-01361 JW

11         Plaintiff,                     STIPULATION AND ORDER OF
                                          DISMISSAL
   vs.

12 Thinkwell Group, Inc.,

13         Defendant.

14 Thinkwell Group, Inc.,

15         Counter-Claimant,
   vs.

16 C.A.M. Social Development, LLC,

17         Counter-Defendant.

18

19     The parties, through their respective undersigned counsel and pursuant to Federal Rule

20 of Civil Procedure 41, hereby stipulate that the above-captioned case be, and hereby is,

21 dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

22 Dated: November 15, 2011

23 By:    /s/ Perry J. Woodward                    /s/ Clifford S. Davidson
        Perry J. Woodward                         Clifford S. Davidson
24      TERRA LAW LLP                             KENDALL BRILL & KLIEGER LLP
        Attorneys for C.A.M. Social Development, Inc.   Attorneys for Thinkwell Group, Inc.
25

26 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27

28 Date: November 17, 2011                       _James Ware_____
                                                 Hon. James Ware
                                                 United States District Judge

1169524

STIPULATION AND ORDER OF DISMISSAL