Perry J. Woodward (Bar No. 183876)
Mark W. Good (Bar No. 218809)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Attorneys for Plaintiff and Counter-Defendant
C.A.M. Social Development, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.M. Social Development, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br>Thinkwell Group, Inc.,<br><br>　　　　　Defendant.<br>Thinkwell Group, Inc.,<br><br>　　　　　Counter-Claimant,<br>vs.<br>C.A.M. Social Development, LLC,<br><br>　　　　　Counter-Defendant. | Case No. CV 11-01361 JW<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the above-captioned case be, and hereby is, dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

Dated: November 15, 2011

By: ___/s/ Perry J. Woodward_____　　　___/s/ Clifford S. Davidson_____
　　　Perry J. Woodward　　　　　　　　　　　Clifford S. Davidson
　　　TERRA LAW LLP　　　　　　　　　　　　KENDALL BRILL & KLIEGER LLP
　　　Attorneys for C.A.M. Social Development, Inc.　Attorneys for Thinkwell Group, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __November 17, 2011__　　　　　　　_____/s/ James Ware_____
　　　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1169524

STIPULATION AND ORDER OF DISMISSAL